UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>LUIS SANCHEZ,<br>　aka "mdwhite.mdmaxom<br>　@live.com,"<br>　aka "bloodyedwardcullen<br>　@gmail.com,"<br><br>　　　　　Defendant. | SACR No. 12-154<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 1030(a)(2)(c),<br>(c)(2)(B)(i), (c)(2)(B)(ii):<br>Unauthorized Access to a<br>Protected Computer; 18 U.S.C.<br>§ 1029(a)(2): Fraudulent Use of<br>Unauthorized Access Devices] |

　　　The Grand Jury charges:

I.　　INTRODUCTORY ALLEGATIONS

　　　1.　　At all times relevant to this Indictment:

　　　　　a.　　Defendant LUIS SANCHEZ, also known as "mdwhite.mdmaxom@live.com" and "bloodyedwardcullen@gmail.com" ("SANCHEZ"), resided in Orange County, California.

　　　　　b.　　Wholesale Reliable Lumber was a company with over 300 employees located in Huntington Beach, California.

COUNT ONE

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i), (c)(2)(B)(ii)]

2.  The Grand Jury re-alleges paragraph one of this Indictment, including all subparagraphs, as if fully set forth herein.

3.  Beginning on or about December 2, 2011 and continuing through January 13, 2012, in Orange County, within the Central District of California, and elsewhere, defendant SANCHEZ knowingly and intentionally accessed without authorization and in excess of authorization, and thereby obtained information, namely, personal identifying information of Wholesale Reliable Lumber employees, from a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), in furtherance of a criminal act in violation of the laws of the United States, namely, Fraudulent Use of Unauthorized Access Devices, in violation of Title 18, United States Code, Section 1029(a)(2) and for purposes of private financial gain.

COUNT TWO

[18 U.S.C. § 1029(a)(2)]

Beginning on or about December 29, 2011, and continuing through on or about January 2, 2012, in Orange County, within the Central District of California, defendant LUIS SANCHEZ, also known as "mdwhite.mdmaxom@live.com" and "bloodyedwardcullen@gmail.com," in transactions affecting interstate and foreign commerce, knowingly and with intent to defraud used unauthorized access devices as defined in 18 U.S.C. § 1029(e)(1) and (3), specifically, Master Card account numbers XXX-XXXX-XXXX-6729 and XXX-XXXX-XXXX-1696, and by such conduct, between on or about the dates set forth above, obtained things of value, their value together totaling $1,000 or more.

A TRUE BILL

_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JEANNIE M. JOSEPH
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney