FILED

2012 JUL 17 AM 10: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: SACR 12-154 |
|---|---|
| v. Sanchez, Luis R., DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 7-16-2012 @ 1:00  ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building)  Yes ☒  No ☐
3. Charges under which defendant has been booked:
   18 USC 1029 & 18 USC 1030
4. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes  ☐ No  ☐ Unknown
6. Interpreter Required: ☒ No  ☐ Yes: _____ (Language)
7. Year of Birth: 1984
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel?  ☒ No
    ☐ Yes  Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?  ☒ No
    ☐ If yes, please list Officer's Name: Jill Stratton  Time: 9:15 ☒ AM / ☐ PM
14. Remarks (if any): 18 USC 1029

15. Date: 7-17-12
16. Name: Tom Lynch (Please Print)
17. Agency: USSS
18. Signature: _____
19. Office Phone Number: 714-316-4694

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION