1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                       SOUTHERN DIVISION

11

12   UNITED STATES OF AMERICA,     )   SA CR No. 12-154(A) JVS
                                    )
13                   Plaintiff,     )   F I R S T
                                    )   S U P E R S E D I N G
14              v.                  )   I N F O R M A T I O N
                                    )
15   LUIS SANCHEZ,                  )   [18 U.S.C. §§ 1030(a)(2)(c),
          aka "mdwhite.mdmaxom      )   (c)(2)(B)(i), (c)(2)(B)(ii):
16        @live.com,"               )   Unauthorized Access to a
          aka "bloodyedwardcullen  )   Protected Computer; 18 U.S.C.
17        @gmail.com,"              )   § 471: Counterfeiting
                                    )   Obligations and Securities of
18                                  )   the United States]
                    Defendant.      )
19                                  )
                                    )
20   _____)

21        The United States Attorney charges:

22   I.   INTRODUCTORY ALLEGATIONS

23        1.   At all times relevant to this Information:

24             a.   Defendant LUIS SANCHEZ, also known as

25   "mdwhite.mdmaxom@live.com" and "bloodyedwardcullen@gmail.com"

26   ("SANCHEZ"), resided in Orange County, California.

27             b.   Wholesale Reliable Lumber was a company with over

28   300 employees located in Huntington Beach, California.

COUNT ONE

[18 U.S.C. §§ 1030(a)(2)(c), (c)(2)(B)(i), (c)(2)(B)(ii)]

2.   The United States Attorney re-alleges paragraph one of this Information, including all subparagraphs, as if fully set forth herein.

3.   Beginning on or about December 2, 2011 and continuing through January 13, 2012, in Orange County, within the Central District of California, and elsewhere, defendant SANCHEZ knowingly and intentionally accessed without authorization and in excess of authorization, and thereby obtained information, namely, personal identifying information of Wholesale Reliable Lumber employees, from a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), in furtherance of a criminal act in violation of the laws of the United States, namely, Fraudulent Use of Unauthorized Access Devices, in violation of Title 18, United States Code, Section 1029(a)(2) and for purposes of private financial gain.

COUNT TWO

[18 U.S.C. § 471]

On or about July 16, 2012, in Orange County, within the Central District of California, defendant LUIS SANCHEZ, also known as "mdwhite.mdmaxom@live.com" and "bloodyedwardcullen@gmail.com," acting with intent to defraud, falsely made, forged, counterfeited, and altered obligations and securities of the United States, namely, counterfeit $100 Federal Reserve Notes.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JEANNIE M. JOSEPH
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
Office

JENNIFER L. WAIER
Assistant United States Attorney