O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  SA CR12-0154 JVS |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |
| v. ) | |
| LUIS SANCHEZ ) | |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   ( )   the appearance of defendant as required; and/or

(B)   ( )   the safety of any person or the community.

//

//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _Def. submits to detention._

(B)  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _Please see above._

IT IS ORDERED that defendant be detained.

DATED: November 8, 2016

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2