```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                         JUN 2 3 2017

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY              DEPUTY
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Luis Sanchez, ) <br> ) <br> Defendant. ) | Case No.: SACR 12-154-JVS <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist./Calif.** for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **inadequate/no known bail resources, absconder status,**

1 | <u>for several months, apparent ongoing substance abuse—</u>
2 | <u>says he hasn't used since 10/2016 but was arrested</u>
3 | <u>in possession in Nov. 2016, prior SR revocation</u>
4 | and/or
5 | B.   ( )   The defendant has not met his/her burden of establishing by
6 |            clear and convincing evidence that he/she is not likely to pose
7 |            a danger to the safety of any other person or the community if
8 |            released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9 |            on: _____
10|     _____
11|     _____
12|     _____

      IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated: 6/23/2017

/s/ Jean Rosenbluth
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2