

FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Luis Sanchez <br> Defendant. | Case No.: SACR-12-154-JVS <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central Dist. of CA , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  unknown background & bail resources; instant allegations; outstanding warrant

1
2
3          and/or
4  B.    (✓) The defendant has not met his/her burden of establishing by clear and
5          convincing evidence that he/she is not likely to pose a danger to the safety of any
6          other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7          finding is based on  criminal history ; instant allegations
8
9
10
11
12
13          IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: 10-17-18                    _____
17                                      KAREN E. SCOTT
                                        UNITED STATES MAGISTRATE JUDGE